McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America




IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Black BMW with California license plate number 8DGU746 – parked partially in the driveway of 15 Rio Camino Court, Sacramento, California | CASE NO: 2:18-SW-0757 KJN<br><br>[~~PROPOSED~~] ORDER TO SEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, sealed.

Dated: 9/7/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE