McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

SEP 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| 15 Rio Camino Court, Sacramento, California | 2:18-SW-0739 KJN |
| 3650 18TH Avenue, Sacramento, California | 2:18-SW-0740 KJN |
| Black Chevrolet Camero with California license plate number 7BHS764 – parked inside the garage at 15 Rio Camino Court, Sacramento, California | 2:18-SW-0754 KJN |
| Black Honda Accord with California license plate number 7WIS325 – parked in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0755 KJN |
| White GMC Yukon with California license plate number 7ZPY065 – parked in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0756 KJN |
| Black BMW with California license plate number 8DGU746– parked partially in the driveway of 15 Rio Camino Court, Sacramento, California | 2:18-SW-0757 KJN |
| Samsung Galaxy Note 8 with IMEI #358503081705528, CURRENTLY LOCATED AT 2001 Freedom Way, Roseville, California | 2:18-SW-0779 CKD |

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1

| 1 | 14 Electronic Devices seized from the residence | 2:18-SW-0780 CKD |
| 2 | 15 Rio Camino Court, Sacramento, CA pursuant to 2:18-SW-739 KJN, currently | |
| 3 | located 2001 Freedom Way, Roseville, CA | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/21/2018

*[signature]*

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

2